IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RAZORBACK CONCRETE COMPANY**                                        **PLAINTIFF**

**V.**                                    **4:10CV001140 JMM**

**GREAT AMERICAN INSURANCE COMPANY**
**AND BARNETT PAVING & SEALING, LP**                          **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion for voluntary dismissal without prejudice, docket # 4. For good cause shown, Plaintiff's motion is GRANTED. Plaintiff's claims against Great American Insurance Company and Barnett Paving & Sealing, LP are hereby dismissed without prejudice.

IT IS SO ORDERED this 7th day of February, 2011.

_____
James M. Moody
United States District Judge